

```
FILED
CLERK, U.S. DISTRICT COURT

JUN - 9 2021

CENTRAL DISTRICT OF CALIFORNIA
                        DEPUTY
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>1) ALEXANDER BARAJAS<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:21-CR-00094-FLA<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__ , IT IS ORDERED that a detention hearing is set for __Thursday__ , __June 10, 2021__ , at __2:00__  ☐ a.m. / ☒ p.m. before the Honorable __Autumn D. Spaeth__ , in Courtroom __10D in person.__

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*


Dated:   June 9, 2021          /s/ Autumn D. Spaeth
                                U.S. Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)                                                                                                   Page 1 of 1